UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM WARD,

        Plaintiff,

    v.

DR. TRI DO, et al.,

        Defendants.

1:26-cv-02890-EGC (PC)

**ORDER TO SUBMIT A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $405.00 FILING FEE WITHIN THIRTY (30) DAYS**

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* on the appropriate form pursuant to 28 U.S.C. § 1915.

Accordingly, **IT IS HEREBY ORDERED** that:

    1.    The Clerk's Office shall send to Plaintiff the attached form for application to proceed *in forma pauperis* **for a non-prisoner**;

    2.    Within thirty (30) days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* **for a non-prisoner**, or in the alternative, pay the $405.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **May 5, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

1